**[6ord13a]** [ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                   Case No. 6:10−bk−02066−KSJ
                                                                         Chapter 13

Frank Campos
850 Knobhill Cir
Kissimmee, FL 34744




_____Debtor(s)_____/

ORDER APPROVING APPLICATION TO
PAY FILING FEES IN INSTALLMENTS

  IT IS ORDERED that the debtor pay the balance of the filing fee in installments according to the following terms:

  A payment of $73.00 representing the unpaid portion of the required initial payment on or before March 2, 2010 and the following payments.

  $67.00 on or before March 17, 2010.

  $67.00 on or before April 17, 2010.

  $67.00 on or before May 17, 2010.

  If the debtor fails to make any installment payment by the time required, the Court will enter an order requiring that all unpaid installments shall be immediately due and payable; and, if not immediately paid, the Court will enter an order striking the petition and dismissing the case for failure to pay the required fees. Personal checks will not be accepted from debtors – only money orders or cashier's check made payable to Clerk, U.S. Bankruptcy Court.

  IT IS FURTHER ORDERED that, until the entire filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

  DONE AND ORDERED on February 16, 2010 .

*/s/ Karen S. Jennemann*

_____
Karen S. Jennemann
United States Bankruptcy Judge