**[6NOT01]** [Notice of Ineligibility to Receive a Chapter 13 Discharge]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No. 6:10–bk–02066–KSJ
                                                                                            Chapter 13

Frank Campos
850 Knobhill Cir
Kissimmee, FL 34744



_____Debtor(s)_____/


NOTICE OF INELIGIBILITY TO RECEIVE A CHAPTER 13 DISCHARGE

   PLEASE TAKE NOTICE that the debtor(s) in the above captioned case was/were granted a discharge in a prior bankruptcy case:

   Court: Middle District of Florida
   Case Number: 6:09–bk–04954–KSJ
   Date Filed: April 15, 2009

   Pursuant to 11 U.S.C. §§1328(f)(1) and (2), the Court shall not grant a Chapter 13 discharge if the debtor has received a discharge in a case filed under Chapter 7, 11 or 12 during the 4 year period preceding the date of the order for relief under this chapter, or in a case filed under Chapter 13 during the 2 year period preceding the date of such order.

   PLEASE TAKE FURTHER NOTICE that when this case is fully administered, the case shall be closed without entry of a discharge.

   DATED on February 18, 2010.

                                                                FOR THE COURT
                                                                Lee Ann Bennett, Clerk of Court
                                                                135 West Central Boulevard Suite 950
                                                                Orlando, FL 32801