**[6NOT01]** [Notice of Ineligibility to Receive a Chapter 13 Discharge]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:10−bk−02066−KSJ
Chapter 13

Frank Campos
850 Knobhill Cir
Kissimmee, FL 34744

_____Debtor(s)_____/

NOTICE OF INELIGIBILITY TO RECEIVE A CHAPTER 13 DISCHARGE

PLEASE TAKE NOTICE that the debtor(s) in the above captioned case was/were granted a discharge in a prior bankruptcy case:

Court: Middle District of Florida
Case Number: 6:09−bk−04954−KSJ
Date Filed: April 15, 2009

Pursuant to 11 U.S.C. §§1328(f)(1) and (2), the Court shall not grant a Chapter 13 discharge if the debtor has received a discharge in a case filed under Chapter 7, 11 or 12 during the 4 year period preceding the date of the order for relief under this chapter, or in a case filed under Chapter 13 during the 2 year period preceding the date of such order.

PLEASE TAKE FURTHER NOTICE that when this case is fully administered, the case shall be closed without entry of a discharge.

DATED on February 18, 2010.

FOR THE COURT
Lee Ann Bennett, Clerk of Court

135 West Central Boulevard Suite 950
Orlando, FL 32801

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: hmary                 Page 1 of 1            Date Rcvd: Feb 18, 2010
Case: 10-02066                Form ID: 6not01             Total Noticed: 4

The following entities were noticed by first class mail on Feb 20, 2010.
db           +Frank Campos,    850 Knobhill Cir,    Kissimmee, FL 34744-4999
17748011      Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
               Tallahassee FL 32314-6668
17748012      Internal Revenue Service,    Post Office Box 21126,    Philadelphia PA 19114
17748013      Osceola County Tax Collector,    Attn: Patsy Heffner,    Post Office Box 422105,
               Kissimmee FL 34742-2105
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2010**                    **Signature:** _Joseph Speetjens_