IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:10-bk-02066-KSJ

In re:

FRANK CAMPOS,

    Debtor(s).

_____/

## ORDER DISMISSING CASE

On February 16, 2010 the Court entered an Order Establishing Duties of Trustee and Debtor (Document No. 5) requiring the debtor to file Summary of Schedules, Statistical Summary, Schedules A-J, Statement of Financial Affairs, Statement of Income, Payment Advices and Chapter 13 Plan by February 26, 2010. The court finds that the debtor has failed to comply with the Court's order and accordingly, it is

    ORDERED AND ADJUDGED AS FOLLOWS:

1.     This case is dismissed.

2.     The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3.     Of the Debtor(s) $0.00 in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor(s) current plan, $0.00 attorney fees provided for in the Debtor(s) current plan and $0.00 to the trustee. The balance of $0.00 shall be refunded to the Debtor(s).

    DONE and ORDERED in Orlando, Florida, this 1st day of March, 2010

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties