**[623ord02a]** [ORDER APPROVING TRUSTEE'S REPORT AND DISCHARGING TRUSTEE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                 Case No. 6:10–bk–02066–KSJ
                                                                       Chapter 13

Frank Campos
850 Knobhill Cir
Kissimmee, FL 34744

_____Debtor(s)_____/

ORDER APPROVING TRUSTEE'S FINAL REPORT, DISCHARGING TRUSTEE,
CANCELING BOND AND CLOSING ESTATE

   This case having been dismissed on March 1, 2010 (Document No. 14), it is thereupon,

   ORDERED:

   1. The report of the trustee, Laurie K Weatherford, is approved and allowed and the said estate be, and is hereby closed.

   2. The trustee, Laurie K Weatherford, is discharged and relieved of her/his trust; and the portion of the master bond of the trustee in this estate is canceled and the trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   All deficient pleadings that have not been cured are considered moot.

   DONE AND ORDERED on May 4, 2010 .

_____
Karen S. Jennemann
United States Bankruptcy Judge